# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| THE UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>ORR WATER DITCH CO.,, *et al.*,<br><br>    Defendants. | Case No. 3:73-cv-00003-LDG<br>Sub-File No. 3:73-cv-00034-LDG<br><br>**ORDER** |
| Re: Nevada State Engineer's Approval of Application Permit #84363 | |

The petitioners, Washoe County, City of Reno, and the City of Sparks, have voluntarily dismissed their appeal. Accordingly,

THE COURT **ORDERS** that this matter is DISMISSED;

THE COURT FURTHER **ORDERS** that the Motion of the Truckee-Carson Irrigation District to Intervene in Support of Nevada State Engineer (#5) is DENIED as moot.

DATED this ____ day of May, 2015.

_____
Lloyd D. George
United States District Judge